**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 10-7420**

───────────

TRON MANUEL LITTLEJOHN,

                Petitioner - Appellant,

     v.

CECILIA R. REYNOLDS, Warden,

                Respondent - Appellee.

───────────

Appeal from the United States District Court for the District of South Carolina, at Aiken. Terry L. Wooten, District Judge. (1:09-cv-01718-TLW)

───────────

Submitted: April 26, 2011         Decided: May 23, 2011

───────────

Before NIEMEYER and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Tron Manuel Littlejohn, Appellant Pro Se. Donald John Zelenka, Deputy Assistant Attorney General, Samuel Creighton Waters, Assistant Attorney General, Columbia, South Carolina, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tron Manuel Littlejohn appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2254 (2006) petition.[*] On appeal, we confine our review to the issues raised in the informal brief. See 4th Cir. R. 34(b). Because Littlejohn's informal brief does not challenge the bases for the district court's dismissal of twenty-one of his claims, Littlejohn has forfeited appellate review of those claims. With regard to Littlejohn's claim that counsel rendered ineffective assistance by failing to object to an in-court identification (the only claim properly before the court), Littlejohn fails to show any error in the district court's denial of relief. Accordingly, we affirm that claim for the reasons stated by the district court. Littlejohn v. Reynolds, No. 1:09-cv-01718-TLW (D.S.C. Sept. 16, 2010). We deny Littlejohn's motion for a transcript at government expense and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] We note that the district court granted certificate of appealability pursuant to 28 U.S.C. § 2253(c)(1) (2006).

2